UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTONIO CABALLERO,<br>　　Plaintiff<br><br>VS.<br><br>FUERZAS ARMADAS REVOLUTION ARIAS DE COLOMBIA A/K/A FARC-EP A/K/A REVOLUTIONARY ARMED FORCES OF COLOMBIA; AND NORTE DE VALLE CARTEL,<br>　　Judgment Defendants<br><br>VS.<br><br>PETROLEOS DE VENEZUELA, SLA.,<br>　　Respondent and Real Party-in-Interest<br><br>And<br><br>UNIVERSAL WEATHER AND AVIATION, INC.,<br>　　Garnishee | C.A. No. 21-cv-914 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Universal Weather and Aviation, Inc., Garnishee, and enters its appearance in this proceeding, by and through the undersigned attorney, and requests copies of all notices motions pleadings orders and other matters in this case, and requests that same be served upon the undersigned attorney by any method of service authorized by Fed.R.Civ.P. 5(b) and LR 5.5.

　　　　　　　　　　　　　　　　　　ROSS, BANKS, MAY, CRON & CAVIN, P.C.

　　　　　　　　　　　　　　　　　　By: *John Mayer*
　　　　　　　　　　　　　　　　　　John Mayer
　　　　　　　　　　　　　　　　　　Texas Bar Number 13274500
　　　　　　　　　　　　　　　　　　Southern District Number 502092
　　　　　　　　　　　　　　　　　　7700 San Felipe, Suite 550
　　　　　　　　　　　　　　　　　　Houston, Texas 77063
　　　　　　　　　　　　　　　　　　Phone 713-626-1200

>Email jmayer@rossbanks.com
>Attorney for Garnishee
>Universal Weather and Aviation, Inc.

## CERTIFICATE OF SERVICE

I certify that I served a true copy of this document upon the parties by email to the parties' attorneys of record to the following email addresses on the 22nd day of March, 2021, as follows:

To Plaintiff Antonio Caballero, by email to his attorneys of record:

Hank Fasthoff, Fastoff Law Firm, PLLC to email address hank@fasthofflawfirm.com
Joseph Zumpano, Zumpano Patricios, P.A., to email address lpatricios@zplaw.com

To Respondent and Real Party-in Interest Petroleos de Venezuela, SLA, by email to its attorneys of record:

Michael Robert Rodgers, White & Case LLP, to michael.rodgers@whitecase.com
Timothy Wilson, White & Case LLP, to timothy.wilson@whitecase.com
Claire Delelle, White & Case LLP, to claire.delelle@whitecase.com
Nicole Erb, White & Case LLP, to nerb@whitecase.com

.
John Mayer